IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       3:14cr428-MHT
                             )           (WO)
NIAJEE CULBREATH             )
```

## ORDER

Based on the representations made in the motion to modify conditions of supervised release, it is ORDERED that the motion to modify conditions of supervised release (doc. no. 53) is granted to the extent that, as to the condition of supervised release requiring the defendant to serve 14 consecutive weekends in jail, defendant Niajee Culbreath shall surrender for service each Saturday no later than 6:00 p.m. and shall be released each Monday at 6:00 p.m.

DONE, this the 6th day of August, 2015.

                             /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE